IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Criminal No. 1:15-cr-181-02 |
| | : | Civil No. 1:18-cv-2079 |
| v. | : | |
| | : | Judge John E. Jones III |
| LEANDRO NAZARIO, | : | |
| Defendant. | : | |

# ORDER

**December 11, 2019**

In conformity with the Memorandum issued on today's date, it is hereby **ORDERED** that:

1. Defendant Leandro Nazario's Motion to Vacate, Set Aside, or Correct Sentence by Person in Federal Custody (Doc. 794) is **DENIED**.

2. No certificate of appealability shall issue.

3. The Clerk of Court shall **CLOSE** the civil case number associated with this filing: 1:18-cv-2079.

s/ John E. Jones III
John E. Jones III
United States District Judge